**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 10-40344-LMK |
| RAMONA CAMPBELL KINSEY, | CHAPTER 13 |
| Debtor. | |
| JEFFERSON COUNTY TEACHERS CREDIT UNION, | ADVERSARY CASE NO.: |
| Plaintiff, | |
| vs. | |
| RAMONA CAMPBELL KINSEY, | |
| Defendant._____/ | |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

COMES NOW Plaintiff, **JEFFERSON COUNTY TEACHERS CREDIT UNION** (hereinafter "Plaintiff"), by and through its undersigned attorneys, and sues the Defendant/Debtor, **RAMONA CAMPBELL KINSEY**, (hereinafter "Debtor"), and respectfully represents:

1. This adversary proceeding is being brought in connection with Debtor's case under Chapter 13 of Title 11, Case No. 10-40344-LMK, now pending in this Court. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Sections 157, 1334 and 11 U.S.C. §523. This is a core proceeding under 28 U.S.C. §157(b)(2)(1).

2. Plaintiff is a Creditor of the Debtor and is the holder of a Open-End Loan Agreement dated March 19, 2010, executed by the Debtor, pursuant to which funds were advanced by Plaintiff to the Debtor. A copy of Loanliner Application and the Disclosure Statement and Open-End Loan Agreement ("Loan Agreement") is attached hereto as "Exhibit A" and by reference made a part hereof.

3. That pursuant to the Loan Agreement, Debtor established a personal line of credit, pursuant to which monies were advanced by Plaintiff to Debtor.

4. That the Debtor continued to use her line of credit when she had no present ability to pay.

5. That within seventy (70) days of filing their Petition for relief under Chapter 13, the Debtor obtained cash advances totaling $484.08 on her personal line of credit. Attached hereto as "Exhibit B" is a copy of the transaction summary showing the advances which total $4,908.58.

6. That the charges made by Debtor, within sixty (60) days prior to filing her petition and were incurred fraudulently or with the intent to defraud Plaintiff.

7. That Plaintiff has been harmed in the amount of $4,908.58 because of Debtor's fraud.

8. That pursuant to Section 523(a)(2)(C), the charges of $4,908.58 are non-dischargeable.

9. That pursuant to Section 523(a)(2)(A), the charges of $4,908.58 are non-dischargeable.

10. That Plaintiff is obligated to pay its attorneys a reasonable fee for its services herein and pursuant to the Loan Agreement; Debtor is liable for such reasonable fees incurred.

WHEREFORE, Plaintiff, JEFFERSON COUNTY TEACHERS CREDIT UNION, prays that the Court determine that the debt of $4,908.58 is owed to Plaintiff by the Debtor, RAMONA CAMPBELL KINSEY, that the debt is non-dischargeable and that the Court enter a Final Judgment awarding principal, interest, late fees, court costs and attorneys fees and that the Court grant such other relief as is just.

Dated this    day of June, 2010.

    /s/ PATRICIA M. DURST
JAMES E. SORENSON (FL Bar #0086525),
D. TYLER VAN LEUVEN (FL Bar #0178705),
MARY LINZEE VAN LEUVEN (FL Bar #0029766),
ELBA N. SERRANO-TORRES (FL Bar #42228),
PATRICIA M. DURST (FL BAR #0627127), of
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128
Telephone (850) 386-3300
Facsimile (850) 205-4755
*Attorneys for Creditor*