UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

ROMONA CAMPBELL KINSEY,                               Chapter 7
    Debtor;

JEFFERSON COUNTY TEACHERS
CREDIT UNION,                                         CASE NO. 10-40344-LMK
    Plaintiff,

v.                                                    Adversary no. 10-04005

ROMONA CAMPBELL KINSEY,
    Defendant,

==============================================================

**ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT**

COMES NOW THE DEBTOR, Romona Kinsey, and makes this answer to the Adversary Complaint filed against her by Jefferson County Teachers Credit Union, showing the court as follows:

1. The Defendant admits the Plaintiff's allegations in Paragraph 1 of the complaint, and specifically admits that this case is a core proceeding under 28 USC §157(b)(2)(1).

2. The Defendant admits the Plaintiff's allegations in paragraph 2 of the Complaint.

3. The Defendant admits the Plaintiff's allegations in paragraph 3 of the Complaint.

4. The Defendant denies the Plaintiff's allegations in paragraph 4 of the Complaint.

5. The Defendant admits the Plaintiff's allegations in paragraph 5 of the Complaint.

6. The Defendant denies the Plaintiff's allegations in paragraph 6 of the Complaint.

7. The Defendant denies the Plaintiff's allegations in paragraph 7 of the Complaint.

8. The Defendant denies the Plaintiff's allegations in paragraph 8 of the Complaint.

9. The Defendant denies the Plaintiff's allegations in paragraph 9 of the Complaint.

10. The Defendant denies the Plaintiff's allegations in paragraph 10 of the Complaint.

11. The Defendant denies each and every allegation of the plaintiff's Complaint that has not been heretofore admitted or denied.

WHEREFORE THE DEFENDANT PRAYS that the Plaintiff's claim be adjudged dischargeable in her bankruptcy proceeding, and for such other and further relief as the court shall deem appropriate.

Respectfully submitted, this 1st day of July, 2010.

/s/ Allen P. Turnage
Allen P. Turnage
Post Office Box 15219
Tallahassee FL  32317
(850) 224-3231 voice
(850) 224-2535 facsimile
attyallen@embarqmail.com
Florida Bar no. 993085

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Answer to Plaintiff's Complaint upon the attorney for Plaintiff Williams Gautier Gwynne Loach & Sorenson, PA, Attn:  Patricia M. Durst, PO Box 4128, Tallahassee, FL 32315-4128 by regular first class mail, postage prepaid.

Dated:  July 1, 2010.

/s/ Allen P. Turnage
Allen P. Turnage