UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  CASE NO.:10-40344

RAMONA CAMPBELL KINSEY,  ADVERSARY PROCEEDING
NO.: 10-04005

    Debtor,

JEFFERSON COUNTY TEACHERS CREDIT UNION,

    Plaintiff,

vs,

RAMONA CAMPBELL KINSEY,

    Defendant.

_____/

## AGREEMENT AS TO NONDISCHARGEABILITY OF DEBT

By agreement of JEFFERSON COUNTY TEACHERS CREDIT UNION, Plaintiff, an unsecured creditor, and RAMONA CAMPBELL KINSEY, Defendant,

IT IS HEREBY AGREED AND STIPULATED AS FOLLOWS:

1. The parties have agreed without further hearing or trial to the nondischargeability of the debt which is the basis of the Complaint to Determine Dischargeability.

2. The Defendant agrees that she is indebted to the Plaintiff in the sum of $484.08 and consents to a Final Judgment for said amount.

3. The Defendant agrees to pay the attorneys fees and costs associated with this adversary proceeding in the amount of $500.00.

_____
RAMONA CAMPBELL KINSEY
Debtor/Defendant

Date: _____

_____
PATRICIA M. DURST, of
Williams, Gautier, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128

Attorneys for Plaintiff

Date: 8/20/10

_____
ALLEN P. TURNAGE
Post Office Box 15219
Tallahassee, Florida 32317

Attorney for the Defendant

Date: 8/12/10