UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                               **CASE NO.** 10-40344-LMK

RAMONA CAMPBELL KINSEY,              **ADVERSARY PROCEEDING NO.**
                                                              10-04005
　　Debtor,

JEFFERSON COUNTY TEACHERS CREDIT UNION,

　　Plaintiff,

vs.

RAMONA CAMPBELL KINSEY,

　　Defendant.

_____/

## ORDER DETERMINING DISCHARGEABILITY OF DEBT AND TO CLOSE CASE

IT IS HEREBY ORDERED AND ADJUDGED that the debt owing to the Creditor, JEFFERSON COUNTY TEACHERS CREDIT UNION, in the amount of $484.08 is nondischargeable and all of the terms of the Agreement submitted to the Court will be adhered to by the parties;

FURTHER, it is ORDERED AND ADJUDGED that the Adversary Proceeding is hereby closed.

DONE AND ORDERED this 17th day of September, 2010.

_____
**LEWIS M. KILLIAN, JR.**
U. S. Bankruptcy Judge

Copies Furnished To:

James E. Sorenson, Esquire
Allen P. Turnage, Esquire
Ramona Campbell Kinsey, Debtor
Leigh D. Hart, Trustee